Gary E. Schnitzer, Esq.
Nevada Bar No. 395
Christopher J. Halcrow, Esq.
Nevada Bar No. 10892
**KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.**
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
gschnitzer@ksjattorneys.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RANDALL STEWART,<br><br>    Plaintiff,<br><br>vs.<br><br>KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.,<br><br>    Defendant. | Case No.  2:23-cv-02047-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Kravitz Schnitzer Johnson & Watson, Chtd. ("KSJW" or "Defendant") and Plaintiff, Randall Stewart, ("Plaintiff"), by and through his counsel, hereby respectfully submit this stipulation to extend time for KSJW to respond to Plaintiff's Complaint.  This Stipulation is made in accordance with LR IA 6-1, LR IA 6-2 and LR 7-1.  This is the first request for extension of time to respond to Plaintiff's Complaint.

Plaintiff filed his Complaint on December 11, 2023 and KSJW was served with the Complaint on December 18, 2023.  Accordingly, KSJW's response to Plaintiff's Complaint is currently due January 8, 2024.  Upon KSJW's request and good cause shown, Plaintiff has agreed to a thirty (30) day extension for KSJW to respond to Plaintiff's Complaint. Good cause exists to grant the stipulation as an additional thirty (30) days (February 9, 2024) are needed to allow KSJW to investigate Plaintiff's allegations, including a review of relevant documents.

Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and KSJW agree that KSJW shall have up to and including February 9, 2024 to file a responsive pleading to Plaintiff's Complaint.

THEREFORE, Defendant, Kravitz Schnitzer Johnson & Watson, Chtd., shall have up to and including February 9, 2024 to file a responsive pleading to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 5th day of January, 2024.          DATED this 5th day of January, 2024.

KIND LAW                                                             KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.

/s/ *Michael Kind, Esq.*                                        */s/ Gary E. Schnitzer, Esq.*
Michael Kind, Esq.                                                 Gary E. Schnitzer, Esq.
Nevada Bar No. 13903                                           Nevada Bar No. 395
8860 S. Maryland Pkwy., Ste. 106                        Christopher J. Halcrow, Esq.
Las Vegas, Nevada 89123                                    Nevada Bar No. 10892
Tel: (702) 337-2322                                                8985 S. Eastern Avenue, Suite 200
mk@kindlaw.com                                                  Las Vegas, NV 89123
*Attorneys for Plaintiff,*                                         Tel: (702) 222-4142
*Randall Stewart*                                                  gschnitzer@ksjattorneys.com
                                                                                 chalcrow@ksjattorneys.com
                                                                                 *Attorneys for Defendant,*
                                                                                 *Kravitz Schnitzer Johnson & Watson, Chtd.*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 5, 2024

2